# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1200** | **September Term, 2023** |
| | **EPA-89FR38950** |
| | **Filed On: August 5, 2024** [2068273] |

City Utilities of Springfield, Missouri, by and through the Board of Public Utilities,

      Petitioner

      v.

Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 24-1267

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Newly consolidated case 24-1267 is hereby held in abeyance pending further order of the court. The deadline for filing of motions to govern established in the court's order filed July 18, 2024, remains in effect.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                     BY:   /s/
                               Erica M. Thorner
                               Deputy Clerk